UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>RAMONE BRADLEY and<br>EDMUND SINGLETON | No. 24 CR 503<br><br>Judge Matthew F. Kennelly |

# Exhibit F

| Coordinates | Time stamp | Details |
|---|---|---|
| N 41.7982635, W 87.6163177 | 03 Nov 2022 09:40:21 PM (UTC-5) | Wi-Fi point |
| N 41.7982826, W 87.6165848 | 03 Nov 2022 09:40:21 PM (UTC-5) | Wi-Fi point |
| N 41.7987022, W 87.6161652 | 03 Nov 2022 09:40:21 PM (UTC-5) | Wi-Fi point |
| N 41.7986030, W 87.6164780 | 03 Nov 2022 09:40:21 PM (UTC-5) | Wi-Fi point |
| N 41.7984200, W 87.6165619 | 03 Nov 2022 09:40:21 PM (UTC-5) | Wi-Fi point |
| N 41.7985573, W 87.6163940 | 03 Nov 2022 09:40:21 PM (UTC-5) | Wi-Fi point |
| N 41.7981567, W 87.6163788 | 03 Nov 2022 09:40:21 PM (UTC-5) | Wi-Fi point |
| N 41.7981567, W 87.6164093 | 03 Nov 2022 09:40:21 PM (UTC-5) | Wi-Fi point |
| N 41.7983665, W 87.6172104 | 03 Nov 2022 09:40:21 PM (UTC-5) | Wi-Fi point |
| N 41.7981567, W 87.6164017 | 03 Nov 2022 09:40:21 PM (UTC-5) | Wi-Fi point |
| N 41.7987709, W 87.6165924 | 03 Nov 2022 09:40:21 PM (UTC-5) | Wi-Fi point |
| N 41.7996330, W 87.6165771 | 03 Nov 2022 09:40:21 PM (UTC-5) | Wi-Fi point |
| N 41.7996941, W 87.6163254 | 03 Nov 2022 09:40:21 PM (UTC-5) | Wi-Fi point |
| N 41.7984161, W 87.6165314 | 03 Nov 2022 09:40:21 PM (UTC-5) | Wi-Fi point |
| N 41.7983360, W 87.6164551 | 03 Nov 2022 09:40:21 PM (UTC-5) | Wi-Fi point |
| N 41.7988243, W 87.6158905 | 03 Nov 2022 09:40:21 PM (UTC-5) | Wi-Fi point |
| N 41.7985687, W 87.6164017 | 03 Nov 2022 09:40:21 PM (UTC-5) | Wi-Fi point |
| N 41.7989273, W 87.6161270 | 03 Nov 2022 09:40:21 PM (UTC-5) | Wi-Fi point |
| N 41.7987060, W 87.6161575 | 03 Nov 2022 09:40:21 PM (UTC-5) | Wi-Fi point |
| N 41.7982139, W 87.6162033 | 03 Nov 2022 09:40:21 PM (UTC-5) | Wi-Fi point |
| N 41.7985763, W 87.6165619 | 03 Nov 2022 09:40:21 PM (UTC-5) | Wi-Fi point |
| N 41.7982216, W 87.6162186 | 03 Nov 2022 09:40:21 PM (UTC-5) | Wi-Fi point |
| N 41.7987976, W 87.6162567 | 03 Nov 2022 09:40:21 PM (UTC-5) | Wi-Fi point |
| N 41.7986832, W 87.6165771 | 03 Nov 2022 09:40:21 PM (UTC-5) | Wi-Fi point |
| N 41.7988396, W 87.6161728 | 03 Nov 2022 09:40:21 PM (UTC-5) | Wi-Fi point |
| N 41.7985229, W 87.6164322 | 03 Nov 2022 09:40:21 PM (UTC-5) | Wi-Fi point |
| N 41.7985992, W 87.6164780 | 03 Nov 2022 09:40:21 PM (UTC-5) | Wi-Fi point |
| N 41.7982178, W 87.6163330 | 03 Nov 2022 09:40:21 PM (UTC-5) | Wi-Fi point |
| N 41.7985611, W 87.6161041 | 03 Nov 2022 09:40:21 PM (UTC-5) | Wi-Fi point |
| N 41.7981644, W 87.6164017 | 03 Nov 2022 09:40:21 PM (UTC-5) | Wi-Fi point |
| N 41.7987976, W 87.6162491 | 03 Nov 2022 09:40:21 PM (UTC-5) | Wi-Fi point |
| N 41.7985153, W 87.6164398 | 03 Nov 2022 09:40:21 PM (UTC-5) | Wi-Fi point |
| N 41.7989426, W 87.6160965 | 03 Nov 2022 09:40:21 PM (UTC-5) | Wi-Fi point |
| N 41.7986984, W 87.6165848 | 03 Nov 2022 09:40:21 PM (UTC-5) | Wi-Fi point |
| N 41.7983551, W 87.6164398 | 03 Nov 2022 09:40:21 PM (UTC-5) | Wi-Fi point |
| N 41.7989273, W 87.6161041 | 03 Nov 2022 09:40:21 PM (UTC-5) | Wi-Fi point |
| N 41.7982788, W 87.6165771 | 03 Nov 2022 09:40:21 PM (UTC-5) | Wi-Fi point |
| N 41.7982178, W 87.6163330 | 03 Nov 2022 09:40:21 PM (UTC-5) | Wi-Fi point |
| N 41.7982826, W 87.6171494 | 03 Nov 2022 09:40:21 PM (UTC-5) | Wi-Fi point |
| N 41.7989006, W 87.6157761 | 03 Nov 2022 09:40:21 PM (UTC-5) | Wi-Fi point |
| N 41.7994728, W 87.6160660 | 03 Nov 2022 09:40:21 PM (UTC-5) | Wi-Fi point |
| N 41.7984314, W 87.6170731 | 03 Nov 2022 09:40:21 PM (UTC-5) | Wi-Fi point |
| N 41.7987862, W 87.6165695 | 03 Nov 2022 09:40:21 PM (UTC-5) | Wi-Fi point |
| N 41.7999191, W 87.6162796 | 03 Nov 2022 09:40:21 PM (UTC-5) | Wi-Fi point |
| N 41.7982635, W 87.6163101 | 03 Nov 2022 09:40:21 PM (UTC-5) | Wi-Fi point |
| N 41.7984810, W 87.6162949 | 03 Nov 2022 09:40:21 PM (UTC-5) | Wi-Fi point |
| N 41.7984428, W 87.6170654 | 03 Nov 2022 09:40:21 PM (UTC-5) | Wi-Fi point |
| N 41.7985802, W 87.6165619 | 03 Nov 2022 09:40:21 PM (UTC-5) | Wi-Fi point |
| N 41.7981949, W 87.6172256 | 03 Nov 2022 09:40:21 PM (UTC-5) | Wi-Fi point |
| N 41.7981605, W 87.6164017 | 03 Nov 2022 09:40:21 PM (UTC-5) | Wi-Fi point |
| N 41.7986069, W 87.6164780 | 03 Nov 2022 09:40:21 PM (UTC-5) | Wi-Fi point |
| N 41.7982139, W 87.6163406 | 03 Nov 2022 09:40:21 PM (UTC-5) | Wi-Fi point |
| N 41.7989349, W 87.6161194 | 03 Nov 2022 09:40:21 PM (UTC-5) | Wi-Fi point |
| N 41.7982903, W 87.6171722 | 03 Nov 2022 09:40:21 PM (UTC-5) | Wi-Fi point |
| N 41.7985268, W 87.6164322 | 03 Nov 2022 09:40:21 PM (UTC-5) | Wi-Fi point |
| N 41.7985191, W 87.6164322 | 03 Nov 2022 09:40:21 PM (UTC-5) | Wi-Fi point |
| N 41.7989120, W 87.6157608 | 03 Nov 2022 09:40:21 PM (UTC-5) | Wi-Fi point |
| N 41.7989540, W 87.6164169 | 03 Nov 2022 09:40:21 PM (UTC-5) | Wi-Fi point |
| N 41.7986946, W 87.6161728 | 03 Nov 2022 09:40:21 PM (UTC-5) | Wi-Fi point |
| N 41.7984810, W 87.6167908 | 03 Nov 2022 09:41:08 PM (UTC-5) | Wi-Fi point |







FURTHER AFFIANT SAYETH NAUGHT.

Signed this the 22nd day of July, 2025.

_____

Konstantinos "Gus" Dimitrelos

CEO - Cyber Forensics, Inc

Retired - US Secret Service

www.CyberForensics.com