UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | | No. 24 CR 503 |
| v. | | |
| | | Judge Matthew F. Kennelly |
| RAMONE BRADLEY and EDMUND SINGLETON | | |

# **<u>Exhibit G</u>**





| Coordinates | Time stamp | Details |
|---|---|---|
| N 41.7897897, W 87.6077447 | 03 Nov 2022 09:49:43 PM (UTC-5) | GPS point |
| N 41.7890404, W 87.6071376 | 03 Nov 2022 09:49:43 PM (UTC-5) | GPS point |
| N 41.7885768, W 87.6067611 | 03 Nov 2022 09:49:43 PM (UTC-5) | GPS point |
| N 41.7882904, W 87.6065298 | 03 Nov 2022 09:49:43 PM (UTC-5) | GPS point |
| N 41.7892476, W 87.6077648 | 03 Nov 2022 09:49:44 PM (UTC-5) | GPS point |
| N 41.7891246, W 87.6078001 | 03 Nov 2022 09:49:45 PM (UTC-5) | GPS point |
| N 41.7889033, W 87.6078607 | 03 Nov 2022 09:49:46 PM (UTC-5) | GPS point |
| N 41.7887073, W 87.6078862 | 03 Nov 2022 09:49:47 PM (UTC-5) | GPS point |

| | Apple UFED backup (22-0996.ufdr) | 11,044 |
|---|---|---|
| | Apple UFED backup (22-0994_REPORT.ufdr) - Timeline | 3,821 |



| Coordinates | Time stamp | Details |
|---|---|---|
| Apple UFED backup (22-0996.ufdr) White Phone – Timeline | | |
| N 41.7917127, W 87.6097077 | 03 Nov 2022 09:49:42 PM (UTC-5) | GPS point |
| N 41.7910277, W 87.6088446 | 03 Nov 2022 09:49:42 PM (UTC-5) | GPS point |

| | | |
|---|---|---|
| ☑ 🟦 Apple UFED backup (22-0996.ufdr) | | 11,044 |
| ☑ 🟩 Apple UFED backup (22-0994_REPORT.ufdr) - Timeline | | 3,821 |



| Coordinates | Time stamp | Details | |
|---|---|---|---|
| N 41.7982635, W 87.6163177 | 03 Nov 2022 09:40:21 PM (UTC-5) | Wi-Fi point | 11,044 |
| N 41.7982826, W 87.6165848 | 03 Nov 2022 09:40:21 PM (UTC-5) | Wi-Fi point | 3,821 |
| N 41.7987022, W 87.6161652 | 03 Nov 2022 09:40:21 PM (UTC-5) | Wi-Fi point | |
| N 41.7986030, W 87.6164780 | 03 Nov 2022 09:40:21 PM (UTC-5) | Wi-Fi point | |
| N 41.7984200, W 87.6165619 | 03 Nov 2022 09:40:21 PM (UTC-5) | Wi-Fi point | |
| N 41.7985573, W 87.6163940 | 03 Nov 2022 09:40:21 PM (UTC-5) | Wi-Fi point | |
| N 41.7981567, W 87.6163788 | 03 Nov 2022 09:40:21 PM (UTC-5) | Wi-Fi point | |
| N 41.7981567, W 87.6164093 | 03 Nov 2022 09:40:21 PM (UTC-5) | Wi-Fi point | |
| N 41.7983665, W 87.6172104 | 03 Nov 2022 09:40:21 PM (UTC-5) | Wi-Fi point | |
| N 41.7981567, W 87.6164017 | 03 Nov 2022 09:40:21 PM (UTC-5) | Wi-Fi point | |
| N 41.7987709, W 87.6165924 | 03 Nov 2022 09:40:21 PM (UTC-5) | Wi-Fi point | |
| N 41.7996330, W 87.6165771 | 03 Nov 2022 09:40:21 PM (UTC-5) | Wi-Fi point | |
| N 41.7996941, W 87.6163254 | 03 Nov 2022 09:40:21 PM (UTC-5) | Wi-Fi point | |
| N 41.7984161, W 87.6165314 | 03 Nov 2022 09:40:21 PM (UTC-5) | Wi-Fi point | |
| N 41.7983360, W 87.6164551 | 03 Nov 2022 09:40:21 PM (UTC-5) | Wi-Fi point | |
| N 41.7988243, W 87.6158905 | 03 Nov 2022 09:40:21 PM (UTC-5) | Wi-Fi point | |
| N 41.7985687, W 87.6164017 | 03 Nov 2022 09:40:21 PM (UTC-5) | Wi-Fi point | |
| N 41.7989273, W 87.6161270 | 03 Nov 2022 09:40:21 PM (UTC-5) | Wi-Fi point | |
| N 41.7987060, W 87.6161575 | 03 Nov 2022 09:40:21 PM (UTC-5) | Wi-Fi point | |
| N 41.7982139, W 87.6162033 | 03 Nov 2022 09:40:21 PM (UTC-5) | Wi-Fi point | |
| N 41.7985763, W 87.6165619 | 03 Nov 2022 09:40:21 PM (UTC-5) | Wi-Fi point | |
| N 41.7982216, W 87.6162186 | 03 Nov 2022 09:40:21 PM (UTC-5) | Wi-Fi point | |
| N 41.7987976, W 87.6162567 | 03 Nov 2022 09:40:21 PM (UTC-5) | Wi-Fi point | |
| N 41.7986832, W 87.6165771 | 03 Nov 2022 09:40:21 PM (UTC-5) | Wi-Fi point | |
| N 41.7988396, W 87.6161728 | 03 Nov 2022 09:40:21 PM (UTC-5) | Wi-Fi point | |
| N 41.7985229, W 87.6164322 | 03 Nov 2022 09:40:21 PM (UTC-5) | Wi-Fi point | |
| N 41.7985992, W 87.6164780 | 03 Nov 2022 09:40:21 PM (UTC-5) | Wi-Fi point | |
| N 41.7982178, W 87.6163330 | 03 Nov 2022 09:40:21 PM (UTC-5) | Wi-Fi point | |
| N 41.7985611, W 87.6161041 | 03 Nov 2022 09:40:21 PM (UTC-5) | Wi-Fi point | |
| N 41.7981644, W 87.6164017 | 03 Nov 2022 09:40:21 PM (UTC-5) | Wi-Fi point | |
| N 41.7987976, W 87.6162491 | 03 Nov 2022 09:40:21 PM (UTC-5) | Wi-Fi point | |
| N 41.7985153, W 87.6164398 | 03 Nov 2022 09:40:21 PM (UTC-5) | Wi-Fi point | |
| N 41.7989426, W 87.6160965 | 03 Nov 2022 09:40:21 PM (UTC-5) | Wi-Fi point | |
| N 41.7986984, W 87.6165848 | 03 Nov 2022 09:40:21 PM (UTC-5) | Wi-Fi point | |
| N 41.7983551, W 87.6164398 | 03 Nov 2022 09:40:21 PM (UTC-5) | Wi-Fi point | |
| N 41.7989273, W 87.6161041 | 03 Nov 2022 09:40:21 PM (UTC-5) | Wi-Fi point | |
| N 41.7982788, W 87.6165771 | 03 Nov 2022 09:40:21 PM (UTC-5) | Wi-Fi point | |
| N 41.7982178, W 87.6163330 | 03 Nov 2022 09:40:21 PM (UTC-5) | Wi-Fi point | |
| N 41.7982826, W 87.6171494 | 03 Nov 2022 09:40:21 PM (UTC-5) | Wi-Fi point | |
| N 41.7989006, W 87.6157761 | 03 Nov 2022 09:40:21 PM (UTC-5) | Wi-Fi point | |
| N 41.7994728, W 87.6160660 | 03 Nov 2022 09:40:21 PM (UTC-5) | Wi-Fi point | |
| N 41.7984314, W 87.6170731 | 03 Nov 2022 09:40:21 PM (UTC-5) | Wi-Fi point | |
| N 41.7987862, W 87.6165695 | 03 Nov 2022 09:40:21 PM (UTC-5) | Wi-Fi point | |
| N 41.7999191, W 87.6162796 | 03 Nov 2022 09:40:21 PM (UTC-5) | Wi-Fi point | |
| N 41.7982635, W 87.6163101 | 03 Nov 2022 09:40:21 PM (UTC-5) | Wi-Fi point | |
| N 41.7984810, W 87.6162949 | 03 Nov 2022 09:40:21 PM (UTC-5) | Wi-Fi point | |
| N 41.7984428, W 87.6170654 | 03 Nov 2022 09:40:21 PM (UTC-5) | Wi-Fi point | |
| N 41.7985802, W 87.6165619 | 03 Nov 2022 09:40:21 PM (UTC-5) | Wi-Fi point | |
| N 41.7981949, W 87.6172256 | 03 Nov 2022 09:40:21 PM (UTC-5) | Wi-Fi point | |
| N 41.7981605, W 87.6164017 | 03 Nov 2022 09:40:21 PM (UTC-5) | Wi-Fi point | |
| N 41.7986069, W 87.6164780 | 03 Nov 2022 09:40:21 PM (UTC-5) | Wi-Fi point | |
| N 41.7982139, W 87.6163406 | 03 Nov 2022 09:40:21 PM (UTC-5) | Wi-Fi point | |
| N 41.7989349, W 87.6161194 | 03 Nov 2022 09:40:21 PM (UTC-5) | Wi-Fi point | |
| N 41.7982903, W 87.6171722 | 03 Nov 2022 09:40:21 PM (UTC-5) | Wi-Fi point | |
| N 41.7985268, W 87.6164322 | 03 Nov 2022 09:40:21 PM (UTC-5) | Wi-Fi point | |
| N 41.7985191, W 87.6164322 | 03 Nov 2022 09:40:21 PM (UTC-5) | Wi-Fi point | |
| N 41.7989120, W 87.6157608 | 03 Nov 2022 09:40:21 PM (UTC-5) | Wi-Fi point | |
| N 41.7989540, W 87.6164169 | 03 Nov 2022 09:40:21 PM (UTC-5) | Wi-Fi point | |
| N 41.7986946, W 87.6164322 | 03 Nov 2022 09:40:21 PM (UTC-5) | Wi-Fi point | |
| N 41.7984810, W 87.6167908 | 03 Nov 2022 09:41:08 PM (UTC-5) | Wi-Fi point | |

Apple UFED backup (22-0994_REPORT.ufdr) - Timeline

| Coordinates | Time stamp | Details |
| --- | --- | --- |

Apple UFED backup (22-0996.ufdr) White Phone - Timeline

| ☑ ▮ Apple UFED backup (22-0996.ufdr) | 11,044 |
| --- | --- |
| ☑ ▮ Apple UFED backup (22-0994_REPORT.ufdr) - Timeline | 3,821 |

| Coordinates | Time stamp | Details |
| --- | --- | --- |
| ● N 41.7989349, W 87.6161194 ⊙ | 03 Nov 2022 09:40:21 PM (UTC-5) | 🛜 Wi-Fi point |
| ● N 41.7998238, W 87.6162033 ⊙ | 03 Nov 2022 09:40:21 PM (UTC-5) | 🛜 Wi-Fi point |
| ● N 41.7982635, W 87.6163177 ⊙ | 03 Nov 2022 09:40:21 PM (UTC-5) | 🛜 Wi-Fi point |
| ● N 41.7982826, W 87.6165848 ⊙ | 03 Nov 2022 09:40:21 PM (UTC-5) | 🛜 Wi-Fi point |
| ● N 41.7987022, W 87.6161652 ⊙ | 03 Nov 2022 09:40:21 PM (UTC-5) | 🛜 Wi-Fi point |
| ● N 41.7986030, W 87.6164780 ⊙ | 03 Nov 2022 09:40:21 PM (UTC-5) | 🛜 Wi-Fi point |
| ● N 41.7984200, W 87.6165619 ⊙ | 03 Nov 2022 09:40:21 PM (UTC-5) | 🛜 Wi-Fi point |
| ● N 41.7985573, W 87.6163940 ⊙ | 03 Nov 2022 09:40:21 PM (UTC-5) | 🛜 Wi-Fi point |
| ● N 41.7981567, W 87.6163788 ⊙ | 03 Nov 2022 09:40:21 PM (UTC-5) | 🛜 Wi-Fi point |
| ● N 41.7981567, W 87.6164093 ⊙ | 03 Nov 2022 09:40:21 PM (UTC-5) | 🛜 Wi-Fi point |
| ● N 41.7983665, W 87.6172104 ⊙ | 03 Nov 2022 09:40:21 PM (UTC-5) | 🛜 Wi-Fi point |
| ● N 41.7981567, W 87.6164017 ⊙ | 03 Nov 2022 09:40:21 PM (UTC-5) | 🛜 Wi-Fi point |
| ● N 41.7987709, W 87.6165924 ⊙ | 03 Nov 2022 09:40:21 PM (UTC-5) | 🛜 Wi-Fi point |
| ● N 41.7996330, W 87.6165771 ⊙ | 03 Nov 2022 09:40:21 PM (UTC-5) | 🛜 Wi-Fi point |
| ● N 41.7996941, W 87.6163254 ⊙ | 03 Nov 2022 09:40:21 PM (UTC-5) | 🛜 Wi-Fi point |
| ● N 41.7984161, W 87.6165314 ⊙ | 03 Nov 2022 09:40:21 PM (UTC-5) | 🛜 Wi-Fi point |
| ● N 41.7983360, W 87.6164551 ⊙ | 03 Nov 2022 09:40:21 PM (UTC-5) | 🛜 Wi-Fi point |
| ● N 41.7988243, W 87.6158905 ⊙ | 03 Nov 2022 09:40:21 PM (UTC-5) | 🛜 Wi-Fi point |
| ● N 41.7985687, W 87.6164017 ⊙ | 03 Nov 2022 09:40:21 PM (UTC-5) | 🛜 Wi-Fi point |
| ● N 41.7989273, W 87.6161270 ⊙ | 03 Nov 2022 09:40:21 PM (UTC-5) | 🛜 Wi-Fi point |
| ● N 41.7987060, W 87.6161575 ⊙ | 03 Nov 2022 09:40:21 PM (UTC-5) | 🛜 Wi-Fi point |
| ● N 41.7982139, W 87.6162033 ⊙ | 03 Nov 2022 09:40:21 PM (UTC-5) | 🛜 Wi-Fi point |
| ● N 41.7985763, W 87.6165619 ⊙ | 03 Nov 2022 09:40:21 PM (UTC-5) | 🛜 Wi-Fi point |
| ● N 41.7982216, W 87.6162186 ⊙ | 03 Nov 2022 09:40:21 PM (UTC-5) | 🛜 Wi-Fi point |
| ● N 41.7987976, W 87.6162567 ⊙ | 03 Nov 2022 09:40:21 PM (UTC-5) | 🛜 Wi-Fi point |
| ● N 41.7986832, W 87.6165771 ⊙ | 03 Nov 2022 09:40:21 PM (UTC-5) | 🛜 Wi-Fi point |
| ● N 41.7988396, W 87.6161728 ⊙ | 03 Nov 2022 09:40:21 PM (UTC-5) | 🛜 Wi-Fi point |
| ● N 41.7985229, W 87.6164322 ⊙ | 03 Nov 2022 09:40:21 PM (UTC-5) | 🛜 Wi-Fi point |
| ● N 41.7985992, W 87.6164780 ⊙ | 03 Nov 2022 09:40:21 PM (UTC-5) | 🛜 Wi-Fi point |
| ● N 41.7982178, W 87.6163330 ⊙ | 03 Nov 2022 09:40:21 PM (UTC-5) | 🛜 Wi-Fi point |
| ● N 41.7985611, W 87.6161041 ⊙ | 03 Nov 2022 09:40:21 PM (UTC-5) | 🛜 Wi-Fi point |
| ● N 41.7981644, W 87.6164017 ⊙ | 03 Nov 2022 09:40:21 PM (UTC-5) | 🛜 Wi-Fi point |
| ● N 41.7987976, W 87.6162491 ⊙ | 03 Nov 2022 09:40:21 PM (UTC-5) | 🛜 Wi-Fi point |
| ● N 41.7985152, W 87.6164399 ⊙ | 03 Nov 2022 09:40:21 PM (UTC-5) | 🛜 Wi-Fi point |